AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOSE FREDY ESTUPINAN RAMIREZ,<br>JOSE YEMER VIDAL SINISTERRA, and<br>CARLOS ANIANO BATALLA CASTILLO<br><br>*Defendant(s)* | Case No. 8:23MJ2149SPF |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **SEPTEMBER 10, 2023** in the county of **Hillsborough** in the **MIDDLE** District of **FLORIDA**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506(a) and (b) | While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Joel J. Correa, Special Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 9/14/2023

_____
*Judge's signature*

City and state: Tampa, Florida

SEAN P. FLYNN, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joel Jose Correa, being duly sworn, depose and state:

### Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed by FBI since 2021. Since June 2023, I have been assigned as a Special Agent to the Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") investigation being conducted by the Federal Bureau of Investigation ("FBI"), Drug Enforcement Administration ("DEA"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), the Coast Guard Investigative Service ("CGIS"), the United States Coast Guard ("USCG"), and state and local law enforcement agencies. Investigations initiated by Operation Panama Express are prosecuted in the Middle District of Florida (Tampa Division). Special Agents assigned to Operation Panama Express currently investigate cocaine and marijuana smuggling organizations that are responsible for the transportation of cocaine and marijuana through international waters of the Caribbean Sea and Pacific Ocean via maritime vessels to transshipment locations for later introduction and distribution into the United States.

### Statutory Authority

2. I submit this affidavit in support of a criminal complaint charging that beginning on an unknown date and continuing through on or about September 10, 2023, while on board a vessel subject to the jurisdiction of the United States, the

defendants JOSE FREDY ESTUPINAN RAMIREZ, JOSE YEMER VIDAL SINISTERRA, and CARLOS ANIANO BATALLA CASTILLO, did knowingly and willfully combine, conspire, and agree with each other and with other persons, to distribute and possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

3. The averments contained in this Affidavit are based on my personal knowledge and/or reliable information related to me by other law enforcement officers with whom I have worked on this investigation. Because of the limited purpose of this Affidavit, however, I have not included each and every fact known to me or other law enforcement agents concerning this investigation. I have included only those facts I believe are necessary to establish probable cause supporting the requested complaint.

### Probable Cause

4. The United States Coast Guard ("USCG") has authority under 14 U.S.C. § 89 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce United States law.

5. On or about September 10, 2023, while on routine patrol in the Eastern Pacific Ocean, a small unmanned aircraft system (SUAS) detected a go-fast vessel (GFV) operating approximately 82 nautical miles west of Esmeraldas, Ecuador, in

international waters. The United States Coast Guard Cutter James was patrolling nearby and launched its helicopter and Rigid Hull Inflatable Boat (RHIB) with an embarked U.S. Coast Guard Law Enforcement Detachment Team (LEDET) to intercept the vessel.

6. The helicopter team witnessed the target vessel become dead in the water and jettison small items off their port quarter.

7. The boarding team conducted a right of visit (ROV) boarding, during which it identified the master of the GFV, who declined to make a claim of nationality for the vessel. The vessel, therefore, was treated as a vessel without nationality and subject to the jurisdiction and laws of the United States under 46 U.S.C. § 70502(c)(1)(A) and (d)(1)(B). The boarding team conducted a full law enforcement boarding. At the time of interdiction, the subject GFV was seaward of the territorial seas of any nation and in international waters.

8. On board the GFV, the three crewmembers of the vessel were identified as JOSE FREDY ESTUPINAN RAMIREZ, JOSE YEMER VIDAL SINISTERRA, and CARLOS ANIANO BATALLA CASTILLO. The boarding team recovered wrapped packages containing an estimated two-thousand and eighty-nine (2,089) kilograms of suspected cocaine. The boarding team conducted two Narcotics Identification Kit tests on the recovered packages; the results of the tests were positive for cocaine.

9. In my training and experience, this GFV is consistent in style, size, and propulsion to other such vessels frequently used to transport cocaine across international waters in the Eastern Pacific Ocean.

## CONCLUSION

10. Based upon the foregoing information, I respectfully submit that probable cause exists to believe that the following three defendants named herein, JOSE FREDY ESTUPINAN RAMIREZ, JOSE YEMER VIDAL SINISTERRA and CARLOS ANIANO BATALLA CASTILLO, while on board a vessel subject to the jurisdiction of the United States, knowingly and intentionally combined, conspired, and agreed with each other and with other persons to distribute and possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

Joel J. Cortez, Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this 14th day of September, 2023.

SEAN P. FLYNN
United States Magistrate Judge

4